**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 16-11354          Chapter: 11

☒ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**: Park Overlook, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**: 03-0435874

**4. Debtor's address**

Principal place of business:
1938 Webster Avenue
Bronx, NY 10457
Number, Street, City, State & ZIP Code

Bronx
County

Mailing address, if different from principal place of business:
PO Box 609, Colfax, NC 27235
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business:
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**:

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor    __Park Overlook, LLC__    Case number (*if known*) __16-11354__
             Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    __Dawn Hotel of NY, LLC__    Relationship    __Affiliate__
District  __SDNY__    When __05/12/2016__    Case number, if known __16-11355__

Debtor  **Park Overlook, LLC**  
Name                                  Case number (*if known*)  16-11354

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Park Overlook, LLC | Case number (*if known*) | 16-11354 |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/12/2016
                MM / DD / YYYY

X    **Gordon Duggins**                    **Gordon Duggins**
Signature of authorized representative of debtor    Printed name

Title    **Member**

**18. Signature of attorney**

X    **Adrienne Woods**                    Date    05/12/2016
Signature of attorney for debtor                    MM / DD / YYYY

**Adrienne Woods**
Printed name

**The Law Offices of Adrienne Woods, P.C.**
Firm name

**459 Columbus Avenue**
**#314**
**New York, NY 10024**
Number, Street, City, State & ZIP Code

Contact phone   **212-634-4459**    Email address   **Adrienne@woodslawpc.com**

**4356770**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Park Overlook, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 16-11354 |

☒ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

.

A&A ELECTRICAL CORPORATION
115 CHASE AVENUE
YONKERS, NY 10703


ALLSTATE SPRINKLER
1869 WHITE PLAINS ROAD
BRONX, NY 10462-1489


BARCLAY DAMON
PO BOX 1265
ALBANY, NY 12201-1265


BARRETO PEST CONTROL
PO BOX 433
YONKERS, NY 10703


BUDGET SALES COMPANY
418 E. TREMONT AVENUE
BRONX, NY 10457


C&C HARDWARE, INC.
1809 AMSTERDAM AVENUE
NEW YORK, NY 10031


CONSOLIDATED EDISON
PO BOX 1702
NEW YORK, NY 10116-1702


CROKER FIRE DRILL CORPORATION
PO BOX 368
ISLIP TERRACE, NY 11752-0368


DEPT. OF HPD C/O
TRAVIS J. ARRINDELL, ESQ.
100 GOLD STREET, 6TH FLOOR
NEW YORK, NY 10038


ENVIRONMENTAL CONTROL BOARD
PO BOX 2307
NEW YORK, NY 10272


GOLDBERG CONSULTING
623 EAGLE ROCK AVENUE
WEST ORANGE, NJ 07052

```
JACK JAFFA & ASSOCIATES
147 PRINCE STREET
BROOKLYN, NY 11201


NY WATER MANAGEMENT, INC.
PO BOX 190727
BROOKLYN, NY 11219


NYC WATER BOARD
PO BOX 11863
NEWARK, NJ 07101


PARK OVERLOOK, INC.
1009 E. 14TH STREET
BROOKLYN, NY 11230


ROBINSON BROG LEINWAND
GREENE GENOVESE
875 THIRD AVENUE
NEW YORK, NY 10022-0123


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341


TRUST SECURITY
12 MELANEY DRIVE
MONSEY, NY 10952


TVT CAPITAL, LLC
8 HUNTERS LANE
ROSLYN, NY 11576


YELLOWSTONE CAPITAL
160 PEARL STREET
NEW YORK, NY 10005
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Park Overlook, LLC**                                        Case No.  16-11354
                     Debtor(s)                                       Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Park Overlook, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

LBSZ Management LLC - 50%
Double D Ventures Inc. - 50%

☐ None [*Check if applicable*]

05/12/2016                                          /s/ Adrienne Woods
Date                                                **Adrienne Woods 4356770**
                                                    Signature of Attorney or Litigant
                                                    Counsel for  **Park Overlook, LLC**
                                                    **The Law Offices of Adrienne Woods, P.C.**
                                                    **459 Columbus Avenue**
                                                    **#314**
                                                    **New York, NY 10024**
                                                    **212-634-4459 Fax:212-634-4462**
                                                    **Adrienne@woodslawpc.com**