Adrienne Woods, Esq.
The Law Offices of Adrienne Woods, P.C.
459 Columbus Avenue, # 314
New York, New York 10024
Telephone: (212) 634-4459
Facsimile: (212) 634-4462
adrienne@woodslawpc.com

Hearing Date: August 11, 2016
Hearing Time: 11:00 a.m.

*Proposed Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PARK OVERLOOK, LLC,** *et al.*<br><br>Debtors. [1] | (Hon. Shelley C. Chapman)<br><br>Chapter 11<br><br>Case No. 16-11354 (SCC)<br>Joint Administration Pending |

**APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION OF
THE LAW OFFICES OF ADRIENNE WOODS, P.C., AS ATTORNEYS
FOR THE DEBTORS AND DEBTORS-IN-POSSESSION,** *NUNC PRO
TUNC*, **FROM MAY 12, 2016**

TO:    THE HONORABLE SHELLEY C. CHAPMAN,
       UNITED STATES BANKRUPTCY JUDGE:

Park Overlook LLC ("Park") and Dawn Hotel of NY LLC ("Dawn"), debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), as and for their application for an order authorizing the retention of The Law Offices of Adrienne Woods, P.C., as attorney for the debtor and debtor-in-possession, *nunc pro tunc*, from May 12, 2016, respectfully represents:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's Federal Employer Identification Number are as follows: Park Overlook, LLC (5874); and Dawn Hotel of NY LLC (1371).

1

## BACKGROUND

1. The Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code §§ 101 *et seq*. (the "Bankruptcy Code") on May 12, 2016 (the "Petition Date").

2. Both Debtors continue to manage their businesses as debtors-in-possession. No trustee or examiner has been appointed in either of the Debtor's Chapter 11 Cases. Also, no official committee of unsecured creditors has been appointed.

3. Both Dawn and Park are commercial shelters funded by the New York City Department of Homeless Services.

4. The Debtors seek to use the breathing spell afforded them by these bankruptcy cases to restructure their financial obligations.

## RELIEF REQUESTED

5. The Debtors wish to retain and employ The Law Offices of Adrienne Woods, P.C. (the "Woods Firm") as their counsel in these chapter 11 cases.

6. The Debtors selected the Woods Firm because it has extensive experience in bankruptcy cases. The Debtors' management believes that the Woods Firm is well qualified to continue provide services to the Debtors as debtors-in-possession in the instant reorganizations.

7. The Woods Firm will render the following professional services:

   a. Provide the Debtors legal advice regarding its authorities and duties as debtors-in-possession in the continued operation of their businesses and the management of their property and affairs;

   b. Prepare all necessary pleadings, orders, and related legal documents; and

   c. Perform any additional legal services to the Debtors which may be necessary and appropriate in the conduct of these cases.

2

8. To the best of the Debtors' knowledge, the Woods Firm has no connection with the Debtors, their creditors, or any other party-in-interest, or their respective attorneys or agents, except as may be set forth in the declaration of Adrienne Woods, Esq., annexed to this Application and incorporated herein by reference.

9. The Woods Firm represents no interest adverse to the Debtors as debtors-in-possession or to their estates and employment of the Woods Firm would be in the best interest of the Debtors, their estates, and their creditors. The Woods Firm has received a retainer of $30,000.00, all of which was paid after the Petition Date. Of the Retainer, $15,000.00 was paid by each of the Debtors.

10. The Woods Firm will bill $400 per hour for legal services rendered in these cases.

11. The Woods Firm will each Debtor separately for work performed in these cases.

## NOTICE

12. Notice of this Application has been provided to: (i) the Office of the United States Trustee for the Southern District of New York; and (ii) all other parties that filed a request for notice in these Cases. In light of the procedural nature of the relief sought herein, the Debtors respectfully submit that no other or further notice is necessary.

## NO PRIOR REQUEST

13. No prior request for the relief sought herein has been made by the Debtors to this or any other Court.

## CONCLUSION

**WHEREFORE**, the Debtors respectfully request that this Court enter an order:

a. authorizing the Debtors to employ and retain the Woods Firm in these cases, effective *nunc pro tunc* as of the Petition Date; and

      b.    granting the Debtors such other and further relief as may be appropriate.

Dated:    New York, New York
            July 21, 2016    */s/ Adrienne Woods*  _____
                                 Adrienne Woods, Esq.
                                 The Law Offices of Adrienne Woods P.C.
                                 459 Columbus Avenue, #314
                                 New York, New York 10024
                                 Telephone: (212) 634-4459
                                 Facsimile: (212) 634-4462
                                 *adrienne@woodslawpc.com*

                                 *Proposed Counsel for the Debtors and Debtors-in-Possession*

Adrienne Woods, Esq.
The Law Offices of Adrienne Woods, P.C.
459 Columbus Avenue, # 314
New York, New York 10024
Telephone: (212) 634-4459
Facsimile: (212) 634-4462
adrienne@woodslawpc.com

*Proposed Counsel for the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>**PARK OVERLOOK, LLC,** *et al.*<br><br>      Debtors. [2] | (Hon. Shelley C. Chapman)<br><br>Chapter 11<br><br>Case No. 16-11354 (SCC)<br>Joint Administration Pending |
|---|---|

**DECLARATION PURSUANT TO 28 U.S.C. § 1746 OF PROPOSED**
**ATTORNEY UNDER BANKRUPTCY RULES 2014 AND 2016**

I, Adrienne Woods, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am the sole member of The Law Offices of Adrienne Woods, P.C. (the "Woods Firm"), 459 Columbus Avenue, #314, New York, New York 10024.

2.  I have no connection with Park Overlook, LLC, or Dawn Hotel of NY, LLC, the above-captioned Debtors and Debtors-in-Possession (together, the "Debtors"), their creditors, or any other party-in-interest herein, or their attorneys, or with the United States Trustee or any person employed by the Office of the United States Trustee.

3.  Insofar as I have been able to ascertain, I do not represent any interest adverse to the Debtors or their estates herein in the matters upon which the Woods Firm is to be engaged.

4.  The Woods Firm is a "disinterested person" as that term is defined under

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's Federal Employer Identification Number are as follows: Park Overlook, LLC (5874); and Dawn Hotel of NY LLC (1371).

5

section 101(14) of the Bankruptcy Code, 11 U.S.C. §101(14).

5. The Woods Firm received a retainer from the Debtors in the amount of $30,000 after the Petition Date. Each Debtor provided a retainer in the amount of $15,000.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2016.


The Law Offices of Adrienne Woods, P.C.
*Proposed Counsel for the Debtors and Debtors in Possession*


*/s/ Adrienne Woods*
Adrienne Woods, Esq.
459 Columbus Avenue, # 314
New York, New York 10024
Telephone: (212) 634-4459
Facsimile: (212) 634-4462
adrienne@woodslawpc.com