UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PARK OVERLOOK, LLC,** *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-11354 (SCC)<br><br>Jointly Administered |

### ORDER AUTHORIZING THE RETENTION OF THE LAW OFFICES OF ADRIENNE WOODS, P.C., AS ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, *NUNC PRO TUNC*, FROM MAY 12, 2016

Upon the application (the "Application") [Docket No. 18] of Park Overlook, LLC and Dawn Hotel of NY, LLC, the above-captioned debtors and debtors-in-possession (the "Debtors" or "Applicants"), seeking the entry of an order pursuant to 11 U.S.C. § 327, authorizing the retention of The Law Offices of Adrienne Woods, P.C. (the "Woods Firm"), as counsel to the Debtors; and upon the submissions annexed thereto in support thereof, including the Declaration of Adrienne Woods, wherein it appears that the Woods Firm does not hold or represent any interest materially adverse to the Debtors or their estates and further that said attorney is a "disinterested person" within the meanings of 11 U.S.C. §§ 101(14) and 327; and it appearing that such retention is in the best interests of the Debtors' estates and their creditors; and it appearing that notice of the Application was provided to the Office of the United States Trustee and all parties who filed a request for notice in these cases; and upon the hearing before this Court on August 11, 2016; and no objections having been interposed and such notice to the United States Trustee being sufficient under the circumstances; and sufficient cause appearing therefor; it is

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's Federal Employer Identification Number are as follows: Park Overlook, LLC (5874); and Dawn Hotel of NY LLC (1371).

1

**ORDERED**, that pursuant to 11 U.S.C. § 327, the Debtors are hereby authorized, to retain The Law Offices of Adrienne Woods, P.C., as of May 12, 2016 upon the terms and for the purposes set forth in the Application; and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid by the Debtors for services rendered by the Woods Firm except upon proper application and by further order of this Court pursuant to 11 U.S.C. §§ 330 and 331, and the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, and any Standing Order of the Court; and it is further

**ORDERED**, that the Woods Firm shall be required to maintain time records with a description of the services provided on behalf of the Debtors, the approximate time expended in providing those services and the individuals who provided professional services on behalf of the Debtors; and it is further

**ORDERED,** that the Woods Firm shall apply any remaining amounts of its retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to the first Order of the Court awarding fees and expenses to the Woods Firm; and it is further

**ORDERED**, that notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:    New York, New York
         August 17, 2016

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE