Adrienne Woods, Esq.
The Law Offices of Adrienne Woods, P.C.
459 Columbus Avenue, # 314
New York, New York 10024
Telephone: (212) 634-4459
Facsimile: (212) 634-4462
adrienne@woodslawpc.com

*Counsel for the Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| **PARK OVERLOOK, LLC, *et al.*** | Chapter 11 |
| Debtors. **1** | Case No. 16-11354 (SCC) |
| | (JOINTLY ADMINISTERED) |

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATIONS**

**PLEASE TAKE NOTICE** that a hearing on the following applications is scheduled for Wednesday, February 21, 2018 at 11:00 a.m., before the Honorable Shelley C. Chapman, United States Bankruptcy Judge at the United States Bankruptcy Courthouse, One Bowling Green, Courtroom 623, New York, New York 10004:

FINAL APPLICATION OF THE LAW OFFICES OF ADRIENNE WOODS, P.C., AS ATTORNEYS FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTIONS 330 AND 331 OF THE BANKRUPTCY CODE; and

FIRST AND FINAL FEE APPLICATION OF VERNON CONSULTING INC, ACCOUNTANTS AND FINANCIAL ADVISORS TO THE DEBTORS DURING CHAPTER 11 PROCEEDINGS, FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 9, 2016 THROUGH SEPTEMBER 13, 2016.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Applications must be in writing, must conform to the Federal Rules of Bankruptcy

---

1 The Debtors in these Chapter 11 cases, along with the last four digits of each debtor's Federal Employer Identification Number are as follows: Park Overlook, LLC (5874); and Dawn Hotel of NY

1

Procedure and the Local Bankruptcy Rules of the Bankruptcy Court for the Southern District of New York (the "Court"), must set forth the name of the objecting party, and the basis for the objection and the specific grounds therefor, and must be filed with the Court electronically, (with a hard copy delivered directly to chambers), and any objection must further be served upon: (i) the Law Offices of Adrienne Woods, P.C., 459 Columbus Avenue, #314, New York, New York 10024; and (ii) the United States Trustee's Office for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, so as to be received no later than **February 14, 2018 at 4:00 p.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that, unless objections are timely received and filed, the relief requested in the Applications may be granted without further notice.

Dated: New York, New York
January 29, 2018

        The Law Offices of Adrienne Woods, P.C.
        *Attorneys for the Debtor*

        */s/ Adrienne Woods*
        Adrienne Woods, Esq.
        459 Columbus Avenue, # 314
        New York, New York 10024
        Telephone: (212) 634-4459
        Facsimile: (212) 634-4462
        adrienne@woodslawpc.com

LLC (1371).