UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

PARK OVERLOOK, LLC, et al.,

                Debtors

Chapter 7
Case No.: 16-11354 (SCC)
(Jointly Administered)

-----------------------------------------------------------------x
In re:

DAWN HOTEL of NY, LLC,

                Debtor.

Chapter 7
Case No. 16-11355 (SCC)

-----------------------------------------------------------------x

## NOTICE OF CANCELLATION OF HEARING

**PLEASE TAKE NOTICE,** that the hearing on the *Chapter 7 Trustee's Omnibus Motion to (i) Object to the Allowance of Certain Claims and (ii) Reduce Certain Claims Based upon the Debtors' Books and Records* [Dkt. No. 140] which was scheduled for September 20, 2018 at 11:00 a.m. in the above referenced proceeding has been cancelled by the Court and the Court will consider the entry of an Order/Stipulation granting the relief requested therein without a hearing.

Dated: September 18, 2018
      Wantagh, New York

            **LaMonica Herbst & Maniscalco, LLP**
            Counsel to Salvatore LaMonica, Chapter 7 Trustee

      By:    *s/ Michael T. Rozea*
            Salvatore LaMonica, Esq.
            Michael T. Rozea, Esq.
            3305 Jerusalem Avenue
            Wantagh, New York 11793
            Telephone: (516) 826-6500