**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>PARK OVERLOOK LLC,<br><br>                     Debtor. | Chapter 7<br><br>Case No. 16-11354-scc |
| In re<br><br>DAWN HOTEL OF NY, LLC,<br><br>                     Debtor. | Chapter 7<br><br>Case No. 16-11355-scc |

**STIPULATION AND ORDER AMENDING AND MODIFYING THE STIPULATION AND ORDER BY AND BETWEEN THE TRUSTEE OF DEBTORS PARK OVERLOOK LLC AND DAWN HOTEL OF NY, LLC AND GORDON H. DUGGINS, ARMANDO T. DUNN AND THEIR WHOLLY-OWNED CORPORATE ENTITIES AUTHORIZING THE TRUSTEE TO TAKE ACTIONS NECESSARY TO ALLOCATE SETTLEMENT PROCEEDS [DOCKET NO. 163]**

Salvatore LaMonica (the "**Trustee**"), trustee for the Chapter 7 estates (the "**Estates**") of Park Overlook LLC ("**Park Overlook**") and Dawn Hotel of NY, LLC ("**Dawn**", and together with Park Overlook, the "**Debtors**"), and Gordon H. Duggins ("**Duggins**"), Armando T. Dunn ("**Dunn**"), Adalex, Inc., Charlestown Properties, LLC, Pacific Place PLLC, Waltham Properties, PLLC, Double D Ventures, Inc., GDSZ, LLC, and Waltham Properties, LLC (the "**Corporate Entities**", and together with Duggins and Dunn, the "**Duggins-Dunn Entities**"), submit this Stipulation and Order[1], amending and modifying the Stipulation and Order by and between the Trustee of Debtors Park Overlook LLC and Dawn Hotel of NY, LLC and Gordon H. Duggins, Armando T. Dunn and their Wholly-Owned Corproate Entities Authorizing the Trustee to Take Action Necessary to Allocate Settlement Proceeds [Docket No. 163] (the

---

[1] All capitalized terms not defined herein shall be ascribed the same meanings as the Stipulation and Order by and between the Trustee of Debtors Park Overlook LLC and Dawn Hotel of NY, LLC and Gordon H. Duggins, Armando T. Dunn and their Wholly-Owned Corproate Entities Authorizing the Trustee to Take Action Necessary to Allocate Settleemnt Proceeds.

"**Estate Distribution Order**") to correct the amounts held by the Trustee after accounting for disbursements made, as follows:

1. Paragraph L of the Estate Distrubtion Order is amended and modified in its entirety to read as follows:

> L. The Trustee currently holds Trustee accounts on behalf of the Debtors, with amounts in the Dawn account of approximately $146,974.38 and in the Park Overlook accounts of approximately $420,638.72 (together, the "**Estate Funds**").

2. Except as amended and modified herein, all terms and provisions of the Estate Distribution Order shall remain in full force and effect.

| | |
|---|---|
| Dated: Wantagh, New York<br>June 19, 2019 | Salvatore LaMonica, *Chapter 7 Trustee for the Estates of Park Overlook LLC and Dawn Hotel of NY, LLC*<br><br>*s/ Salvatore LaMonica*<br>By: Salvatore LaMonica (SL@lhmlawfirm.com)<br>LaMonica, Herbst & Maniscalco LLP<br>3305 Jerusalem Avenue<br>Wantagh, New York 11793<br>Tel.: (516) 826-6500/ Fax: (516) 826-0222 |
| Dated: Wantagh, New York<br>June 19, 2019 | LAMONICA, HERBST & MANISCALCO LLP<br>*Attorneys for Salvatore LaMonica, Chapter 7 Trustee*<br><br>*s/ Michael T. Rozea*<br>By: Gary F. Herbst (GFH@lhmlawfirm.com)<br>Michael T. Rozea (MTR@lhmlawfirm.com)<br>3305 Jerusalem Avenue<br>Wantagh, New York 11793<br>Tel.: (516) 826-6500/ Fax: (516) 826-0222 |
| Dated: New York, New York<br>June 18, 2019 | WINDELS MARX LANE & MITTENDORF, LLP<br>*Attorneys for Gordon H. Duggins, Armando T. Dunn, Adalex, Inc., Charlestown Properties, LLC, Pacific Place PLLC, Waltham Properties, PLLC, Double D Ventures, Inc., GDSZ, LLC, and Waltham Properties, LLC*<br><br>*s/ Alan Nisselson*<br>By: Alan Nisselson (anisselson@windelsmarx.com)<br>156 West 56th Street |

| | |
|---|---|
| | New York, NY 10019<br>Tel.: (212) 237-1000/ Fax: (212) 262-1215 |
| Dated: High Point, North Carolina<br>June 18, 2019 | Gordon H. Duggins<br><br>***s/ Gordon Duggins***<br>By: Gordon H. Duggins<br>208 Shadow Valley Road<br>High Point, NC  27262 |
| Dated: High Point, North Carolina<br>June 18, 2019 | Armando T. Dunn<br><br>***s/ Armando Dunn***<br>By: Armando T. Dunn<br>208 Shadow Valley Road<br>High Point, NC  27262 |
| Dated: Colfax, North Carolina<br>June 18, 2019 | Adalex, Inc., Charlestown Properties, LLC, Pacific Place PLLC, Waltham Properties, PLLC, Double D Ventures, Inc., GDSZ, LLC, and Waltham Properties, LLC<br><br>***s/ Gordon Duggins***<br>By: Gordon H. Duggins<br>208 Shadow Valley Road<br>High Point, NC  27262 |

Dated: _____, 2019
     New York, New York

                                                                        _____
                                                                        Honorable Shelley C. Chapman
                                                                        United States Bankruptcy Judge