UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

In Re: §
§
Park Overlook LLC § Case No. 16-11354
§
Debtor §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 05/12/2016. The case was converted to one under Chapter 7 on 11/09/2016. The undersigned trustee was appointed on 11/10/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   435,283.96

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,543.98 |
| Bank service fees | 1,895.94 |
| Other payments to creditors | 10,205.32 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 157,743.49 |
| Leaving a balance on hand of[1]     $ | 262,895.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/15/2017 and the deadline for filing governmental claims was 05/15/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 17,127.02 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 17,127.02 , for a total compensation of $ 17,127.02 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/23/2019              By: /s/ SALVATORE LAMONICA
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 16-11354 | SCC | Judge: | Shelley C. Chapman | Trustee Name: | SALVATORE LAMONICA |
| Case Name: | Park Overlook LLC | | | | Date Filed (f) or Converted (c): | 11/09/2016 (c) |
| | | | | | 341(a) Meeting Date: | 12/20/2016 |
| For Period Ending: | 07/23/2019 | | | | Claims Bar Date: | 05/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chapter 11 bank account (u) | 0.00 | 57,762.99 | | 57,762.99 | FA |
| 2. Utility Refund - Con Edison (u) | 0.00 | 143.97 | | 143.97 | FA |
| 3. Investors Bank check account ending in 7165 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Wells Fargo Checking Account | 77,903.13 | 0.00 | | 0.00 | FA |
| 5. Wells Fargo Chekcing account ending 3572 | 0.81 | 0.00 | | 0.00 | FA |
| 6. Accounts Receivable | 127,153.50 | 0.00 | | 0.00 | FA |
| 7. Office Furniture and Fixtures | 0.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Office Furniture | 0.00 | 0.00 | | 0.00 | FA |
| 9. Office equipment | 0.00 | 0.00 | | 0.00 | FA |
| 10. Various Leasehold improvements at 1938 Webster Avenue, Bronx | 0.00 | 0.00 | | 0.00 | FA |
| 11. Settlement with Duggin Dunn Parties (u) | 0.00 | 377,377.00 | | 377,377.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $205,057.44 | $435,283.96 | | $435,283.96 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

The Trustee has retained LaMonica Herbst & Maniscalco, LLP, as his general counsel and Gary Lampert, CPA, as his accountants to assist him with the administration of this case and the related estate of Dawn Hotel of NY, LLC.  This case was initially assigned to the Trustee as Chapter 11 Operating Trustee and then on November 9, 2016, the case was converted to Chapter 7.

After the bar date passed on May 15, 2017, the Trustee reviewed and analyzed the filed claims and worked with his accountant to investigate certain transfers that are avoidable pursuant to the Trustee's chapter 5 avoidance powers.  After determining that certain transfers were avoidable, the Trustee and Gordon H. Duggins ("Duggins"), Armando T. Dunn ("Dunn"), Adalex, Inc., Charlestown Properties, LLC, Pacific Place PLLC, Waltham Properties, PLLC, Double D Ventures, Inc., GDSZ, LLC, and Waltham Properties, LLC (the "Corporate Entities", and together with Duggins and Dunn, the "Duggins-Dunn Entities") entered into negotiations concerning these transfers and ultimately agreed to a settlement of the chapter 5 avoidance claims which was memorialized in writing and signed by all relevant parties on March 6, 2018.  The agreed settlement ("Duggins Dun Settlement") provides that Debtors and Duggins-Dunn Entities will pay all allowed claims in full without interest, including payment of administrative expenses of the estate and will withdraw any filed claims by Duggin-Dunn Entities or other entities related to the debtors and in return the Trustee will provide the Duggin-Dunn Entities with releases.  After approval of the Duggins Dunn Settlement on 5/23/18, the Trustee subsequently prepared an omnibus claim objection which was approved on 10/15/18 and simultaneously, the Trustee entered into settlement agreements with 2 creditors – the NY Department of Finance and Colonial Funding, both of which were approved by Court order dated 11/28/18.  After objecting to all claims, or resolving the disputes through signed settlement agreements, the trustee entered into a stipulation with the Duggins-Dunn Entities to address allocation issues among the estates, which stipulation was approved by Court order dated 3/29/19. The Trustee is presently finalizing his fee applications and preparing the final report to make a distribution to all creditors.

Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 07/01/2019

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 16-11354  
Case Name: Park Overlook LLC  
Taxpayer ID No: XX-XXX5874  
For Period Ending: 07/23/2019  

Trustee Name: SALVATORE LAMONICA  
Bank Name: EmpireNationalBank  
Account Number/CD#: XXXXXX5578  
Checking  
Blanket Bond (per case limit): $77,473,905.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/16 | 1 | Park Overlook, LLC Salvatore LaMonica, Chapter 11 Trustee | Transfer of funds from Chapter 11 Account | 1229-000 | $57,762.99 | | $57,762.99 |
| 12/01/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.24 | $57,633.75 |
| 01/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.66 | $57,548.09 |
| 02/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.54 | $57,462.55 |
| 03/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.14 | $57,385.41 |
| 03/08/17 | 2 | Con Edison | Refund - utility | 1221-000 | $143.97 | | $57,529.38 |
| 04/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.46 | $57,443.92 |
| 05/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.63 | $57,361.29 |
| 06/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.26 | $57,276.03 |
| 07/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.38 | $57,193.65 |
| 07/06/17 | 101 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | Ch 7 blanket bond renewal Bond #016030120 Reversal Correction needed for bond disbursement voiding all checks and recalculating all | 2300-000 | | ($39.54) | $57,233.19 |
| 07/06/17 | 101 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | Ch 7 blanket bond renewal Bond #016030120 | 2300-000 | | $39.54 | $57,193.65 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $57,906.96          $713.31

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-11354 | Trustee Name: SALVATORE LAMONICA |
| Case Name: Park Overlook LLC | Bank Name: EmpireNationalBank |
| | Account Number/CD#: XXXXXX5578 |
| | Checking |
| Taxpayer ID No: XX-XXX5874 | Blanket Bond (per case limit): $77,473,905.00 |
| For Period Ending: 07/23/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/17 | 102 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | Ch 7 Blanket Bond Premium Bond No.: 016030120 | 2300-000 | | $39.84 | $57,153.81 |
| 08/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.97 | $57,068.84 |
| 09/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.82 | $56,984.02 |
| 10/02/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.96 | $56,902.06 |
| 11/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.58 | $56,817.48 |
| 12/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.72 | $56,735.76 |
| 01/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.33 | $56,651.43 |
| 02/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.21 | $56,567.22 |
| 03/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.94 | $56,491.28 |
| 03/08/18 | 103 | The Law Offices of Adrienne Woods, PC | Expenses awarded per order dated 3.6.18 | 2990-000 | | $2,279.59 | $54,211.69 |
| 03/08/18 | 104 | Vernon Consulting, Inc. | Fees Awarded Per Order dated 3.6.18 | 5800-000 | | $10,205.32 | $44,006.37 |
| 04/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.10 | $43,934.27 |
| 05/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.20 | $43,871.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $13,322.58

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 16-11354  
Case Name: Park Overlook LLC  
Taxpayer ID No: XX-XXX5874  
For Period Ending: 07/23/2019  

Trustee Name: SALVATORE LAMONICA  
Bank Name: EmpireNationalBank  
Account Number/CD#: XXXXXX5578  
Checking  
Blanket Bond (per case limit): $77,473,905.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.21 | $43,805.86 |
| 07/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.01 | $43,742.85 |
| 08/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.02 | $43,677.83 |
| 08/09/18 | 105 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | 2018 Bond Premium Bond #: 016030120 | 2300-000 | | $224.55 | $43,453.28 |
| 09/04/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.74 | $43,388.54 |
| 10/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.42 | $43,326.12 |
| 11/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.40 | $43,261.72 |
| 07/09/19 | | Transfer from Acct # xxxxxx8966 | Transfer of Funds to close account | 9999-000 | $377,377.00 | | $420,638.72 |
| 07/09/19 | 106 | Dawn Hotel of NY LLC | {er Prder dated 6.25.19 docket 167 | 8200-002 | | $157,743.49 | $262,895.23 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $435,283.96 | $172,388.73 |
| Less: Bank Transfers/CD's | $377,377.00 | $0.00 |
| Subtotal | $57,906.96 | $172,388.73 |
| Less: Payments to Debtors | $0.00 | $157,743.49 |
| Net | $57,906.96 | $14,645.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*            Page Subtotals:            $377,377.00            $158,352.84

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-11354 | Trustee Name: SALVATORE LAMONICA |
| Case Name: Park Overlook LLC | Bank Name: EmpireNationalBank |
| | Account Number/CD#: XXXXXX8966 |
| | Settlement |
| Taxpayer ID No: XX-XXX5874 | Blanket Bond (per case limit): $77,473,905.00 |
| For Period Ending: 07/23/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | 11 | Windels Marx Lane & Mittenforf LLP | Per stipulation of settlement date 3.7.18 See Order at Docket # 137 | 1249-000 | $377,377.00 | | $377,377.00 |
| 07/09/19 | | Transfer to Acct # xxxxxx5578 | Transfer of Funds to close account | 9999-000 | | $377,377.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $377,377.00 | $377,377.00 |
| Less: Bank Transfers/CD's | $0.00 | $377,377.00 |
| Subtotal | $377,377.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $377,377.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $377,377.00          $377,377.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5578 - Checking | $57,906.96 | $14,645.24 | $262,895.23 |
| XXXXXX8966 - Settlement | $377,377.00 | $0.00 | $0.00 |
| | $435,283.96 | $14,645.24 | $262,895.23 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $435,283.96 |
| Total Gross Receipts: | $435,283.96 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-11354-SCC  
Debtor Name: Park Overlook LLC  
Claims Bar Date: 5/15/2017

Date: July 23, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | SALVATORE LAMONICA<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Administrative | Allow | $0.00 | $17,127.02 | $17,127.02 |
| 23 100 2990 | The Law Offices Of Adrienne Woods, P.C.<br><B>(Administrative)</B><br>459 Columbus Avenue, #314<br>New York, New York 10024 | Administrative | Interim Fees and Expenses awarded per Order dated 3.6.18 and partially paid on 3.8.18. Remaining balance $9,959.59 allowed. | $0.00 | $24,959.59 | $12,239.18 |
| 100 3110 | LAMONICA HERBST & MANISCALCO LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Administrative | Attorney for the Trustee Fees - Allow | $0.00 | $71,403.75 | $71,403.75 |
| 100 3120 | LAMONICA HERBST & MANISCALCO LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Administrative | Attorney for Trustee expenses - allow | $0.00 | $3,633.60 | $3,633.60 |
| 100 3310 | GARY LAMPERT<br>100 MERRICK ROAD, 211W<br>ROCKVILLE CENTER, NY | Administrative | Accountant for the Trustee Fees - Allow | $0.00 | $32,292.00 | $32,292.00 |
| 150 6101 | SALVATORE LAMONICA - CHAPTER 11<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793<br>, | Administrative | Chapter 11 Trustee commissions - allow | $0.00 | $8,068.54 | $8,068.54 |
| 150 6110 | LAMONICA HERBST & MANISCALCO LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Administrative | Ch 11 attorney for the Trustee Fees - allow | $0.00 | $6,025.75 | $6,025.75 |
| 150 6120 | LAMONICA HERBST & MANISCALCO LLP<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY 11793 | Administrative | Ch 11 Attorney for Trustee Expenses - allow | $0.00 | $9.50 | $9.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-11354-SCC  
Debtor Name: Park Overlook LLC  
Claims Bar Date: 5/15/2017

Date: July 23, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 150 6310 | GARY LAMPERT<br>100 MERRICK ROAD, 211W<br>ROCKVILLE CENTER, NY | Administrative | Accountant for Ch 11 Trustee Fees - Allow | $0.00 | $4,957.50 | $4,957.50 |
| 21 280 5800 | Vernon Consulting, Inc.<br>344 E 65Th St 3C<br>New York, Ny 10065 | Priority | Interim Fees awarded per Order dated 3.6.18 and paid 3.8.18. Remaining balance $10,205.31 Allow | $0.00 | $20,410.63 | $20,410.63 |
| 22 280 5800 | Adalex, Inc.<br>Po Box 609<br>Colfax, Nc 27235 | Priority | Withdrawn per letter filed on 8.2.18 | $0.00 | $150,552.00 | $0.00 |
| 24 280 5800 | Rvp Consulting, Inc.<br>Robert V. Peters<br>5 Awbury Road<br>Philadelphia, Pa 19138 | Priority | Disallowed per Order in Adversary Proceeding docket # 10 | $0.00 | $12,850.00 | $0.00 |
| 3 300 7100 | Consolidated Edison Company Of New York, Inc.<br>Bankruptcy Group<br>4 Irving Place, Rm. 1875-S<br>New York Ny, 10003 | Unsecured | Allow | $0.00 | $1,233.87 | $1,233.87 |
| 4 300 7100 | Robinson Brog Leinwand Greene Genovese & Gluck, P.C.<br>Attn: William A. Rome, Esq.<br>875 Third Avenue, 9Th Floor<br>New York, New York 10022 | Unsecured | Allow | $0.00 | $14,506.83 | $14,506.83 |
| 5 300 7100 | Jack Jaffa & Associates<br>147 Prince Street<br>Brooklyn, Ny 11201 | Unsecured | Allow | $0.00 | $1,330.00 | $1,330.00 |
| 6 300 7100 | State Of New York Workers"<br>Compensation Board<br>C/O Denis R. Hurley Jr.<br>State Of New York<br>Office Of Attorney General<br>Albany, Ny 12224 | Unsecured | Allowed at reduced amount per Order entered 1.15.18 | $0.00 | $33,758.28 | $2,011.78 |
| 7 300 7100 | Adalex, Inc.<br>Po Box 609<br>Colfax, Nc 27235 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-11354-SCC  
Debtor Name: Park Overlook LLC  
Claims Bar Date: 5/15/2017

Date: July 23, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | Charlestown Properties, Llc<br>Po Box 609<br>Colfax, Nc 27235 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 9 300 7100 | Gordon T. Duggins<br>208 Shadow Valley Road<br>High Point, Nc 27262 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 10 300 7100 | Gordon T. Duggins<br>208 Shadow Valley Road<br>High Point, Nc 27262 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 11 300 7100 | Glenn Zinsmeyer<br>36 Vereda Serena<br>Santa Fe, Nm 87508 | Unsecured | Disallowed per Order 10.15.18 | $0.00 | $0.00 | $0.00 |
| 12 300 7100 | Armando T. Dunn<br>208 Shadow Valley Road<br>High Point, Nc 27262 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 13 300 7100 | Armando T. Dunn<br>208 Shadow Valley Road<br>High Point, Nc 27262 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 14 300 7100 | Pacific Place, Llc<br>Po Box 609<br>Colfax, Nc 27235 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 15 300 7100 | Waltham Properties, Llc<br>Po Box 670<br>Colfax, Nc 27235 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 16 300 7100 | Chris Marshall<br>208 Shadow Valley Road<br>High Point, Nc 27262 | Unsecured | Disallowed per Order entered 10.15.18 | $0.00 | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-11354-SCC  
Debtor Name: Park Overlook LLC  
Claims Bar Date: 5/15/2017  

Date: July 23, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 300 7100 | Dawn Hotel Of Ny, Llc<br>208 Shadow Valley Road<br>High Point, Nc 27262 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 18 300 7100 | Efrain Echevarria<br>51-15 Alameda Ave<br>Far Rockaway, Ny 11691 | Unsecured | Disallowed per Order dated 10.15.18 | $0.00 | $0.00 | $0.00 |
| 19 300 7100 | Double D Ventures, Inc.<br>208 Shadow Valley Road<br>High Point, Nc 27262 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 20 300 7100 | Gdsz, Llc<br>208 Shadow Valley Road<br>High Point, Nc 27262 | Unsecured | Withdrawn per letter filed on 8.2.18 | $0.00 | $0.00 | $0.00 |
| 25 300 7100 | Barreto Pest Control<br>Po Box 433<br>Yonkers, Ny 10703 | Unsecured | Allow | $0.00 | $1,143.19 | $1,143.19 |
| 1 400 4110 | Colonial Funding Network, Inc.<br>Servicing Provider For Tvt Capital, Llc<br>C/O Jennifer Ballard, Esq.<br>1501 Broadway, Suite 1515<br>New York, Ny 10036 | Secured | Allow | $0.00 | $78,987.00 | $78,987.00 |
| 2 400 4110 | Nyc Office Of Adminisrtative Trials And Hearings<br>Simone Salloum<br>66 John Street, 10Th Floor<br>New York, Ny 10038 | Secured | Disallowed per Order dated 10.15.18 | $0.00 | $16,352.02 | $0.00 |
| | Case Totals | | | $0.00 | $499,601.07 | $275,380.14 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-11354
Case Name: Park Overlook LLC
Trustee Name: SALVATORE LAMONICA

Balance on hand  $ 262,895.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Colonial Funding Network, Inc. | $ 78,987.00 | $ 78,987.00 | $ 0.00 | $ 78,987.00 |
| 2 | Nyc Office Of Adminisrtative Trials And Hearings | $ 16,352.02 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors   $  78,987.00

Remaining Balance   $  183,908.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: SALVATORE LAMONICA | $ 17,127.02 | $ 0.00 | $ 17,127.02 |
| Attorney for Trustee Fees: LAMONICA HERBST & MANISCALCO LLP | $ 71,403.75 | $ 0.00 | $ 71,403.75 |
| Attorney for Trustee Expenses: LAMONICA HERBST & MANISCALCO LLP | $ 3,633.60 | $ 0.00 | $ 3,633.60 |
| Accountant for Trustee Fees: GARY LAMPERT | $ 32,292.00 | $ 0.00 | $ 32,292.00 |
| Other: The Law Offices Of Adrienne Woods, P.C. | $ 12,239.18 | $ 2,279.59 | $ 9,959.59 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 134,415.96 |
| Remaining Balance | $ | 49,492.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation: SALVATORE LAMONICA - CHAPTER 11 | $ 8,068.54 | $ 0.00 | $ 8,068.54 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm): GARY LAMPERT | $ 4,957.50 | $ 0.00 | $ 4,957.50 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): LAMONICA HERBST & MANISCALCO LLP | $ 9.50 | $ 0.00 | $ 9.50 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): LAMONICA HERBST & MANISCALCO LLP | $ 6,025.75 | $ 0.00 | $ 6,025.75 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses | $ | 19,061.29 |
| Remaining Balance | $ | 30,430.98 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 20,410.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Vernon Consulting, Inc. | $ 20,410.63 | $ 10,205.32 | $ 10,205.31 |
| 22 | Adalex, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 24 | Rvp Consulting, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 10,205.31 |
| Remaining Balance | $ | 20,225.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,225.67 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Consolidated Edison Company Of New York, Inc. | $ 1,233.87 | $ 0.00 | $ 1,233.87 |
| 4 | Robinson Brog Leinwand Greene | $ 14,506.83 | $ 0.00 | $ 14,506.83 |
| 5 | Jack Jaffa & Associates | $ 1,330.00 | $ 0.00 | $ 1,330.00 |
| 6 | State Of New York Workers" Compensation Board | $ 2,011.78 | $ 0.00 | $ 2,011.78 |
| 7 | Adalex, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | Charlestown Properties, Llc | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | Gordon T. Duggins | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | Gordon T. Duggins | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Glenn Zinsmeyer | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | Armando T. Dunn | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | Armando T. Dunn | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | Pacific Place, Llc | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | Waltham Properties, Llc | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | Chris Marshall | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | Dawn Hotel Of Ny, Llc | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Efrain Echevarria | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | Double D Ventures, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | Gdsz, Llc | $ 0.00 | $ 0.00 | $ 0.00 |
| 25 | Barreto Pest Control | $ 1,143.19 | $ 0.00 | $ 1,143.19 |
| | Total to be paid to timely general unsecured creditors | | | $ 20,225.67 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE