# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Park Overlook LLC | § | Case No. 16-11354 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SALVATORE LAMONICA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 205,057.44                         Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 119,623.30         Claims Discharged
                                                     Without Payment: NA

Total Expenses of Administration: 157,917.17

---

3) Total gross receipts of $435,283.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $157,743.49 (see **Exhibit 2**), yielded net receipts of $277,540.47 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $18,590.11 | $95,339.02 | $78,987.00 | $78,987.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 151,576.29 | 138,855.88 | 138,855.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 19,061.29 | 19,061.29 | 19,061.29 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 183,812.63 | 20,410.63 | 20,410.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 763,708.87 | 51,972.17 | 20,225.67 | 20,225.67 |
| **TOTAL DISBURSEMENTS** | $782,298.98 | $501,761.40 | $277,540.47 | $277,540.47 |

4) This case was originally filed under chapter on 05/12/2016, and it was converted to chapter 7 on 11/09/2016. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2020                  By:/s/SALVATORE LAMONICA
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Utility Refund - Con Edison | 1221-000 | 143.97 |
| Chapter 11 bank account | 1229-000 | 57,762.99 |
| Settlement with Duggin Dunn Parties | 1249-000 | 377,377.00 |
| **TOTAL GROSS RECEIPTS** | | **$435,283.96** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dawn Hotel of NY LLC | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 157,743.49 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$157,743.49** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | C T Corporation |  | 0.00 | NA | NA | 0.00 |
| 1 | Kapitus Servicing Inc. | 4110-000 | NA | 78,987.00 | 78,987.00 | 78,987.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Nyc Office Of Adminisrtative Trials And Hearings | 4110-000 | 18,590.11 | 16,352.02 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $18,590.11 | $95,339.02 | $78,987.00 | $78,987.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SALVATORE LAMONICA | 2100-000 | NA | 17,127.02 | 17,127.02 | 17,127.02 |
| International Sureties Ltd. | 2300-000 | NA | 264.39 | 264.39 | 264.39 |
| EmpireNationalBank | 2600-000 | NA | 1,895.94 | 1,895.94 | 1,895.94 |
| The Law Offices Of Adrienne Woods, P.C. | 2990-000 | NA | 24,959.59 | 12,239.18 | 12,239.18 |
| LaMonica Herbst & Maniscalco, LLP | 3110-000 | NA | 71,403.75 | 71,403.75 | 71,403.75 |
| LaMonica Herbst & Maniscalco, LLP | 3120-000 | NA | 3,633.60 | 3,633.60 | 3,633.60 |
| GARY LAMPERT | 3310-000 | NA | 32,292.00 | 32,292.00 | 32,292.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $151,576.29 | $138,855.88 | $138,855.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation: SALVATORE LAMONICA - CHAPTER 11 | 6101-000 | NA | 8,068.54 | 8,068.54 | 8,068.54 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): LaMonica Herbst & Maniscalco, LLP | 6110-000 | NA | 6,025.75 | 6,025.75 | 6,025.75 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): LaMonica Herbst & Maniscalco, LLP | 6120-000 | NA | 9.50 | 9.50 | 9.50 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm): GARY LAMPERT | 6310-000 | NA | 4,957.50 | 4,957.50 | 4,957.50 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $19,061.29 | $19,061.29 | $19,061.29 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| | NYC Dept. of Finance | | 0.00 | NA | NA | 0.00 |
| 22 | Adalex, Inc. | 5800-000 | NA | 150,552.00 | 0.00 | 0.00 |
| 24 | Rvp Consulting, Inc. | 5800-000 | NA | 12,850.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | Vernon Consulting, Inc. | 5800-000 | NA | 20,410.63 | 20,410.63 | 20,410.63 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $183,812.63 | $20,410.63 | $20,410.63 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&A Electrical Corporation | | 560.00 | NA | NA | 0.00 |
| | Allstate Sprinkler | | 84.00 | NA | NA | 0.00 |
| | Barclay Damon | | 661.50 | NA | NA | 0.00 |
| | Budget Sales Company | | 755.43 | NA | NA | 0.00 |
| | C&C Harware, Inc. | | 749.72 | NA | NA | 0.00 |
| | Croker Fire Drill Corporation | | 545.46 | NA | NA | 0.00 |
| | Encirnonmental Control Board | | 1,200.00 | NA | NA | 0.00 |
| | Goldberg Consulting | | 140.00 | NA | NA | 0.00 |
| | NY Water Management, Inc. | | 4,824.09 | NA | NA | 0.00 |
| | Park Overlook, Inc. | | 622,220.28 | NA | NA | 0.00 |
| | Sate of New York | | 1,532.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trust Security | | 7,750.25 | NA | NA | 0.00 |
| | TVT Capital, LLC | | 74,978.00 | NA | NA | 0.00 |
| | Yellowstone Capital | | 30,435.00 | NA | NA | 0.00 |
| 7 | Adalex, Inc. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 12 | Armando T. Dunn | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 13 | Armando T. Dunn | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 25 | Barreto Pest Control | 7100-000 | 370.18 | 1,143.19 | 1,143.19 | 1,143.19 |
| 8 | Charlestown Properties, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 16 | Chris Marshall | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | Consolidated Edison Company Of New York, Inc. | 7100-000 | 1,725.33 | 1,233.87 | 1,233.87 | 1,233.87 |
| 17 | Dawn Hotel Of Ny, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 19 | Double D Ventures, Inc. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 18 | Efrain Echevarria | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 20 | Gdsz, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 11 | Glenn Zinsmeyer | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 10 | Gordon T. Duggins | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Gordon T. Duggins | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | Jack Jaffa & Associates | 7100-000 | 100.00 | 1,330.00 | 1,330.00 | 1,330.00 |
| 14 | Pacific Place, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | Robinson Brog Leinwand Greene | 7100-000 | 15,076.83 | 14,506.83 | 14,506.83 | 14,506.83 |
| 6 | State Of New York Workers" Compensation Board | 7100-000 | 0.00 | 33,758.28 | 2,011.78 | 2,011.78 |
| 15 | Waltham Properties, Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $763,708.87 | $51,972.17 | $20,225.67 | $20,225.67 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-11354 | SCC | Judge: | Shelley C. Chapman | Trustee Name: | SALVATORE LAMONICA |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Park Overlook LLC | | | | Date Filed (f) or Converted (c): | 11/09/2016 (c) |
| | | | | | 341(a) Meeting Date: | 12/20/2016 |
| For Period Ending: | 05/13/2020 | | | | Claims Bar Date: | 05/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chapter 11 bank account (u) | 0.00 | 57,762.99 | | 57,762.99 | FA |
| 2. Utility Refund - Con Edison (u) | 0.00 | 143.97 | | 143.97 | FA |
| 3. Investors Bank check account ending in 7165 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Wells Fargo Checking Account account ending in 9526 | 77,903.13 | 0.00 | | 0.00 | FA |
| 5. Wells Fargo Chekcing account ending 3572 | 0.81 | 0.00 | | 0.00 | FA |
| 6. Accounts Receivable | 127,153.50 | 0.00 | | 0.00 | FA |
| 7. Office Furniture and Fixtures | 0.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Office Furniture | 0.00 | 0.00 | | 0.00 | FA |
| 9. Office equipment | 0.00 | 0.00 | | 0.00 | FA |
| 10. Various Leasehold improvements at 1938 Webster Avenue, Bronx | 0.00 | 0.00 | | 0.00 | FA |
| 11. Settlement with Duggin Dunn Parties (u) | 0.00 | 377,377.00 | | 377,377.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $205,057.44    $435,283.96    $435,283.96    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

The Trustee has retained LaMonica Herbst & Maniscalco, LLP, as his general counsel and Gary Lampert CPA, as his accountants to assist him with the administration of this case and the related estate of Dawn Hotel of NY, LLC.  This case was initially assigned to the Trustee as Chapter 11 Operating Trustee and then on November 9, 2016, the case was converted to Chapter 7.

After the bar date passed on May 15, 2017, the Trustee reviewed and analyzed the filed claims and worked with his accountant to investigate certain transfers that are avoidable pursuant to the Trustee's chapter 5 avoidance powers.  After determining that certain transfers were avoidable, the Trustee and Gordon H. Duggins ("Duggins"), Armando T. Dunn ("Dunn"), Adalex, Inc., Charlestown Properties, LLC, Pacific Place PLLC, Waltham Properties, PLLC, Double D Ventures, Inc., GDSZ, LLC, and Waltham Properties, LLC (the "Corporate Entities", and together with Duggins and Dunn, the "Duggins-Dunn Entities") entered into negotiations concerning these transfers and ultimately agreed to a settlement of the chapter 5 avoidance claims which was memorialized in writing and signed by all relevant parties on March 6, 2018.  The agreed settlement ("Duggins Dun Settlement") provides that Debtors and Duggins-Dunn Entities will pay all allowed claims in full without interest, including payment of administrative expenses of the estate and will withdraw any filed claims by Duggin-Dunn Entities or other entities related to the debtors and in return the Trustee will provide the Duggin-Dunn Entities with releases.  After approval of the Duggins Dunn Settlement on 5/23/18, the Trustee subsequently prepared an omnibus claim objection which was approved on 10/15/18 and simultaneously, the Trustee entered into settlement agreements with 2 creditors – the NY Department of Finance and Colonial Funding, both of which were approved by Court order dated 11/28/18.  After objecting to all claims, or resolving the disputes through signed settlement agreements, the trustee entered into a stipulation with the Duggins-Dunn Entities to address allocation issues among the estates, which stipulation was approved by Court order dated 3/29/19. The Trustee is presently finalizing his fee applications and preparing the final report to make a distribution to all creditors.

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 07/01/2020

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-11354 | Trustee Name: SALVATORE LAMONICA |
| Case Name: Park Overlook LLC | Bank Name: EmpireNationalBank |
| | Account Number/CD#: XXXXXX5578 |
| | Checking |
| Taxpayer ID No: XX-XXX5874 | Blanket Bond (per case limit): $58,367,734.00 |
| For Period Ending: 05/13/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/16 | 1 | Park Overlook, LLC<br>Salvatore LaMonica, Chapter 11 Trustee | Transfer of funds from Chapter 11 Account | 1229-000 | $57,762.99 | | $57,762.99 |
| 12/01/16 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.24 | $57,633.75 |
| 01/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.66 | $57,548.09 |
| 02/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.54 | $57,462.55 |
| 03/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.14 | $57,385.41 |
| 03/08/17 | 2 | Con Edison | Refund - utility | 1221-000 | $143.97 | | $57,529.38 |
| 04/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.46 | $57,443.92 |
| 05/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.63 | $57,361.29 |
| 06/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.26 | $57,276.03 |
| 07/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.38 | $57,193.65 |
| 07/06/17 | 101 | International Sureties Ltd.<br>701 Pyodras Street, Suite 420<br>New Orleans, LA 70139 | Ch 7 blanket bond renewal Bond #016030120 Reversal Correction needed for bond disbursement voiding all checks and recalculating all | 2300-000 | | ($39.54) | $57,233.19 |
| 07/06/17 | 101 | International Sureties Ltd.<br>701 Pyodras Street, Suite 420<br>New Orleans, LA 70139 | Ch 7 blanket bond renewal Bond #016030120 | 2300-000 | | $39.54 | $57,193.65 |

| | | | Page Subtotals: | | $57,906.96 | $713.31 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-11354 | Trustee Name: SALVATORE LAMONICA |
| Case Name: Park Overlook LLC | Bank Name: EmpireNationalBank |
| | Account Number/CD#: XXXXXX5578 |
| | Checking |
| Taxpayer ID No: XX-XXX5874 | Blanket Bond (per case limit): $58,367,734.00 |
| For Period Ending: 05/13/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/17 | 102 | International Sureties Ltd.<br>701 Pyodras Street, Suite 420<br>New Orleans, LA 70139 | Ch 7 Blanket Bond Premium<br>Bond No.: 016030120 | 2300-000 | | $39.84 | $57,153.81 |
| 08/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.97 | $57,068.84 |
| 09/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.82 | $56,984.02 |
| 10/02/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.96 | $56,902.06 |
| 11/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.58 | $56,817.48 |
| 12/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.72 | $56,735.76 |
| 01/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.33 | $56,651.43 |
| 02/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.21 | $56,567.22 |
| 03/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.94 | $56,491.28 |
| 03/08/18 | 103 | The Law Offices of Adrienne Woods, PC | Expenses awarded per order dated 3.6.18 | 2990-000 | | $2,279.59 | $54,211.69 |
| 03/08/18 | 104 | Vernon Consulting, Inc. | Fees Awarded Per Order dated 3.6.18 | 5800-000 | | $10,205.32 | $44,006.37 |
| 04/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.10 | $43,934.27 |
| 05/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.20 | $43,871.07 |

Page Subtotals:  $0.00    $13,322.58

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-11354 | Trustee Name: SALVATORE LAMONICA |
| Case Name: Park Overlook LLC | Bank Name: EmpireNationalBank |
| | Account Number/CD#: XXXXXX5578 |
| | Checking |
| Taxpayer ID No: XX-XXX5874 | Blanket Bond (per case limit): $58,367,734.00 |
| For Period Ending: 05/13/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.21 | $43,805.86 |
| 07/02/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.01 | $43,742.85 |
| 08/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.02 | $43,677.83 |
| 08/09/18 | 105 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | 2018 Bond Premium Bond #: 016030120 | 2300-000 | | $224.55 | $43,453.28 |
| 09/04/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.74 | $43,388.54 |
| 10/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.42 | $43,326.12 |
| 11/01/18 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.40 | $43,261.72 |
| 07/09/19 | | Transfer from Acct # xxxxxx8966 | Transfer of Funds to close account | 9999-000 | $377,377.00 | | $420,638.72 |
| 07/09/19 | 106 | Dawn Hotel of NY LLC | {er Prder dated 6.25.19 docket 167 | 8200-002 | | $157,743.49 | $262,895.23 |
| 11/13/19 | 107 | SALVATORE LAMONICA LAMONICA HERBST & MANISCALCO, LLP 3305 JERUSALEM AVENUE, WANTAGH, NY 11793 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $17,127.02 | $245,768.21 |
| 11/13/19 | 108 | The Law Offices Of Adrienne Woods, P.C. <B>(Administrative)</B> 459 Columbus Avenue, #314 New York, New York 10024 | Final distribution to claim 23 creditor account # representing a payment of 81.37 % per court order. | 2990-000 | | $9,959.59 | $235,808.62 |
| 11/13/19 | 109 | LaMonica Herbst & Maniscalco, LLP | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $71,403.75 | $164,404.87 |
| | | | Page Subtotals: | | $377,377.00 | $256,843.20 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-11354 | Trustee Name: SALVATORE LAMONICA |
| Case Name: Park Overlook LLC | Bank Name: EmpireNationalBank |
| | Account Number/CD#: XXXXXX5578 |
| | Checking |
| Taxpayer ID No: XX-XXX5874 | Blanket Bond (per case limit): $58,367,734.00 |
| For Period Ending: 05/13/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/19 | 110 | LaMonica Herbst & Maniscalco, LLP | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3120-000 | | $3,633.60 | $160,771.27 |
| 11/13/19 | 111 | GARY LAMPERT<br>100 MERRICK ROAD, 211W<br>ROCKVILLE CENTER, NY | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3310-000 | | $32,292.00 | $128,479.27 |
| 11/13/19 | 112 | SALVATORE LAMONICA - CHAPTER11<br>LAMONICA HERBST AND MANISCALCO, LLP<br>3305 JERUSALEM AVE<br>SUITE 201, WANTAGH, NY 11793 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6101-000 | | $8,068.54 | $120,410.73 |
| 11/13/19 | 113 | LaMonica Herbst & Maniscalco, LLP | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6110-000 | | $6,025.75 | $114,384.98 |
| 11/13/19 | 114 | LaMonica Herbst & Maniscalco, LLP | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6120-000 | | $9.50 | $114,375.48 |
| 11/13/19 | 115 | GARY LAMPERT<br>100 MERRICK ROAD, 211W<br>ROCKVILLE CENTER, NY | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6310-000 | | $4,957.50 | $109,417.98 |
| 11/13/19 | 116 | Vernon Consulting, Inc.<br>344 E 65Th St 3C<br>New York, Ny 10065 | Final distribution to claim 21 creditor account #24012.50. representing a payment of 50.00 % per court order. | 5800-000 | | $10,205.31 | $99,212.67 |
| 11/13/19 | 117 | Consolidated Edison Company Of New York, Inc.<br>Bankruptcy Group<br>4 Irving Place, Rm. 1875-S<br>New York Ny, 10003 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $1,233.87 | $97,978.80 |
| 11/13/19 | 118 | Robinson Brog Leinwand Greene Genovese & Gluck, P.C.<br>Attn: William A. Rome, Esq.<br>875 Third Avenue, 9Th Floor<br>New York, New York 10022 | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $14,506.83 | $83,471.97 |

| | | Page Subtotals: | | | $0.00 | $80,932.90 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-11354 | Trustee Name: | SALVATORE LAMONICA | |
| Case Name: | Park Overlook LLC | Bank Name: | EmpireNationalBank | |
| | | Account Number/CD#: | XXXXXX5578 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5874 | Blanket Bond (per case limit): | $58,367,734.00 | |
| For Period Ending: | 05/13/2020 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/19 | 119 | Jack Jaffa & Associates<br>147 Prince Street<br>Brooklyn, Ny 11201 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $1,330.00 | $82,141.97 |
| 11/13/19 | 120 | State Of New York Workers" Compensation Board<br>C/O Denis R. Hurley Jr.<br>State Of New York<br>Office Of Attorney General<br>Albany, Ny 12224 | Final distribution to claim 6 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $2,011.78 | $80,130.19 |
| 11/13/19 | 121 | Barreto Pest Control<br>Po Box 433<br>Yonkers, Ny 10703 | Final distribution to claim 25 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $1,143.19 | $78,987.00 |
| 11/13/19 | 122 | Kapitus Servicing Inc.<br>C/O Holly S. Falkowitz, Esq.<br>120 West 45th Street, 4th Floor<br>New York, Ny 10036 | Final distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | 4110-000 | | $78,987.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $435,283.96 | $435,283.96 |
| Less: Bank Transfers/CD's | $377,377.00 | $0.00 |
| Subtotal | $57,906.96 | $435,283.96 |
| Less: Payments to Debtors | $0.00 | $157,743.49 |
| Net | $57,906.96 | $277,540.47 |

Page Subtotals: $0.00    $83,471.97

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-11354 | Trustee Name: SALVATORE LAMONICA |
| Case Name: Park Overlook LLC | Bank Name: EmpireNationalBank |
| | Account Number/CD#: XXXXXX8966 |
| | Settlement |
| Taxpayer ID No: XX-XXX5874 | Blanket Bond (per case limit): $58,367,734.00 |
| For Period Ending: 05/13/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | 11 | Windels Marx Lane & Mittenforf LLP | Per stipulation of settlement date 3.7.18 See Order at Docket # 137 | 1249-000 | $377,377.00 | | $377,377.00 |
| 07/09/19 | | Transfer to Acct # xxxxxx5578 | Transfer of Funds to close account | 9999-000 | | $377,377.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $377,377.00 | $377,377.00 |
| Less: Bank Transfers/CD's | $0.00 | $377,377.00 |
| Subtotal | $377,377.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $377,377.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5578 - Checking | $57,906.96 | $277,540.47 | $0.00 |
| XXXXXX8966 - Settlement | $377,377.00 | $0.00 | $0.00 |
|  | $435,283.96 | $277,540.47 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $435,283.96 |
| Total Gross Receipts: | $435,283.96 |

Page Subtotals:   $0.00   $0.00